**GOUGLER INDUSTRIES, INC.,**
Plaintiff–Appellant/Cross–
Appellee,

v.

**LOCAL 169 INTERNATIONAL UNION,**
United Auto, Aerospace and Agricul-
tural Implement Workers of America;
International Union, United Automo-
bile, Aerospace & Agricultural Imple-
ment Workers of America (UAW), De-
fendants–Appellees/Cross–Appellants.

Nos. 99–4356, 99–4372.

United States Court of Appeals,
Sixth Circuit.

Jan. 17, 2001.

Before NORRIS and CLAY, Circuit
Judges, and ROSEN, District Judge.*

MEMORANDUM OPINION

PER CURIAM.

Plaintiff, Gougler Industries, Inc., ap-
peals from an order of the district court
enforcing an arbitrator's award. Defen-
dants cross-appeal from the district court's
denial of their request for attorney fees.

Having had the benefit of oral argument
and having carefully considered the record
on appeal, the briefs of the parties, and the
applicable law, we are not persuaded that
the district court erred in enforcing the
award. Nor did the district court abuse
its discretion in denying the request for
attorney fees.

Because the reasoning which supports
both decisions of the district court have
been articulated by that court, the issu-
ance of a detailed written opinion by this
court would be duplicative and serve no
useful purpose. Accordingly, the decisions
of the district court are affirmed upon the
reasoning employed by that court in its
Memorandum of Opinion and Order filed
October 1, 1999. This cause is remanded
to the district court to afford the parties
the opportunity to agree upon the amount
of backpay and benefits due Roger Meluch
and, in the event such an agreement is not
forthcoming, to remand the dispute to the
original arbitrator to clarify the award.